

5301 Alpha Rd, Suite 80-5
Dallas, Texas 75240
T: (214) 494-1871　　F: (888) 509-3910

January 12, 2026

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, Louisiana 70130

Re: Response to Letter in *Fletcher v. Experian Information Solutions, Inc., et al.,* No. 25-20086

To the Honorable Court:

 I write in response to the Court's January 7, 2026 letter requesting additional information regarding the inaccuracies identified in my reply brief. I appreciate the Court's attention to the accuracy of citations and quotations, and I have endeavored to answer each question directly and transparently.

**1. When I became aware of the inaccuracies**

 I first became aware of the inaccuracies when the Court notified me of them. Prior to the Court's order, I did not know that the quotations and citations were inaccurate.

**2. Sources of the "publicly available versions" I relied on**

 The publicly available sources I relied on included: Google Scholar, CourtListener, Justia, FindLaw, Casetext, vLex, and similar free online case repositories.

**3. Whether I used artificial intelligence, and how I verified accuracy**

I used artificial intelligence to help organize and structure my arguments and to break up overly long paragraphs.

**4. How reliance on publicly available sources led to inaccurate factual assertions**

Some of the publicly available summaries were incomplete, outdated, or did not contain all the necessary information. My reliance on those summaries caused certain factual assertions in the reply brief to be inaccurate.

**5. How reliance on paraphrased summaries led to inaccurate quotations and citations**

The paraphrased summaries I consulted were not verbatim reproductions of the case text. I mistakenly believed they reflected the actual language of the cases, which resulted in inaccurate quotations and citations.

I appreciate the Court's guidance and have taken steps to ensure that future filings reflect only verified, authoritative case materials.

Respectfully submitted,

*/s/ Heather Hersh*
Heather Hersh
FCRA ATTORNEYS
5301 Alpha Road, Suite 80-5
Dallas, TX 75240
T: (214) 945-0000
F: (469) 669-0786
heather@fcraattorneys.com
*Attorney for Appellant*